IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JARUTHH M. GATHINGS, et al.

Plaintiffs,

v.

LARRY FUCHS, et al.

Defendants.

ORDER

Case No. 26-cv-946-jdp

Plaintiff Jaruthh M. Gathings, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted an inmate back account statement to support this request. This statement is insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a *certified* copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than November 30, 2026. If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

# ORDER

IT IS ORDERED that plaintiff Jaruthh M. Gathings may have until November 30, 2026 to submit a certified trust fund account statement for the period beginning approximately May 2, 2026 and ending approximately November 2, 2026. If plaintiff fails to respond to this order by November 30, 2026, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 3rd day of November, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge